David Tekell
400 Austin Ave, Suite 1000
Waco, TX  76701

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Internal Revenue Service
STOP 5022  AUS
300 E. 8th St
Austin TX  78701

McLennan County Tax Office
215 N. 5th St.
Waco TX  76701

Paul D. Flack
4306 Yoakum Blvd Suite 500
Houston,TX  77006

UBS
1000 Harbor Boulevard
Weehawken, New Jersey  07086

US Attorney
601 NW Loop410 #600
San Antonio, TX  78216

US Attorney General
Dept of Justice
950 Pennsylvania Ave NW
Washington, DC  20530