*#11 Motion for an Order Dismissing the Debtor's Chapter 13 Bankruptcy Case with PREJUDICE or, Alternatively, Converting the Bankruptcy Case filed by Kerry L. Haliburton for Creditor UBS Financial Services, Inc.*

*#27 Confirmation Hearing.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| USB Financial Services, Inc. vs. Robert Earl Turner, Jr. | | | | DISTRICT COURT Western (**WACO**) | |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Kerry Haliburton | | DEFENDANT'S ATTORNEY<br>John A. Montez | | DOCKET NUMBER<br>**22-60200 P-13** | |
| | | | | TRIAL DATE(S)<br>**August 2, 2022** | |
| PRESIDING JUDGE<br>**MICHAEL M. PARKER** | | ELECTRONIC COURT RECORDING OPERATOR<br>Rosa Gonzalez | | COURTROOM DEPUTY<br>Deanna Castleberry | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **USB Financial Services, Inc.    Exhibits** |
| 1 | | 08-02-22 | XXXX | XXXX | Bankruptcy Petition [Docket No. 1] |
| 2 | | 08-02-22 | XXXX | XXXX | UBS's Motion to Dismiss Docket No. 11] |
| 3 | | 08-02-22 | XXXX | XXXX | Debtor's Schedules, Statements and Summary [Docket No. 14] |
| 4 | | 08-02-22 | XXXX | XXXX | Transcript from Debtor's 341 Meeting, dated June 29, 2022 |
| 5 | | 08-02-22 | XXXX | XXXX | Claims Register for Case No.   22-60200, dated July 25, 2022 |
| 6 | | 08-02-22 | XXXX | XXXX | Amended Proof of Claim filed by UBS Financial Services Inc. and related exhibits [Claim 2-2] |
| 7 | | 08-02-22 | XXXX | XXXX | Claim filed by City of Waco [Claim No. 1] |
| 8 | | 08-02-22 | XXXX | XXXX | Claim filed by McLennan County [Claim No. 3] |
| 9 | | 08-02-22 | XXXX | XXXX | UBS's Petition for Writ for Petition of Attachment, dated May 6, 2022 |
| 10 | | | | | Article dated May 10, 2022 re: UBS's Petition for Writ of Attachment |
| 11 | | 08-02-22 | XXXX | XXXX | Email from Paul D. Flack dated May 11, 2022 Serving Writ for Petition of Attachment |
| 12 | | 08-02-22 | XXXX | XXXX | Fax received by Paul D. Flack dated May 13, 2022 |
| 13 | | 08-02-22 | XXXX | XXXX | Various Fairfax Financial Corporation Statements |
| 14 | | | | | Uniform Application For Securities Industry Registration Or Transfer (Form U4) executed by Robert Earl Turner |
| 15 | | | | | FINRA Rule 13200 |
| 16 | | | | | NASD Rule 13200 |

FILED
AUG 02 2022
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| | | | | |
|---|---|---|---|---|
| W/1 | 08-02-22 | ------- | ------- | **Braden Blackwelder** |
| W/2 | 08-02-22 | ------- | ------- | **Ken Crowley** |
| W/3 | 08-02-22 | ------- | ------- | **Paul D. Flack** |
| | | | | **JUDICIAL Notice of the Schedules** |
| | | | | **JUDICIAL Notice of the Docket Sheet** |
| | | | | **JUDICIAL Notice of the Proceedings on 6/27/2022** |
| | | | | **JUDICIAL Notice of the Testimony** |